**Order entered November 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01161-CV

### ZENE TINNARD, Appellant

### V.

### THE DALLAS COUNTY HOSPITAL DISTRICT
### D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14290**

## ORDER

Before the Court is appellee's November 20, 2013 motion to dismiss the appeal for want of prosecution. Appellee contends the appeal should be dismissed because appellant has failed to file a brief. Appellant tendered his brief to this Court on November 25, 2013. Accordingly, we **DENY** appellee's motion to dismiss.

On November 20, 2013, appellant filed a motion for an extension of time to file a brief. We **GRANT** appellant's motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on November 25, 2013 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE